UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER INCE,<br><br>        Plaintiff,<br><br>    v.<br><br>GETAROUND, INC.,<br><br>        Defendant. | Case No. 18-cv-01066-SK<br><br>**ORDER TO SHOW CAUSE** |

On Monday, May 21, 2018, the Court held a Case Management Conference at which defense counsel appeared by telephone without the permission of the Court. According to Civil L.R. 16-10(a) and the Court's standing order, lead trial counsel for each party must attend the initial Case Management Conference "[u]nless excused by the Judge." Parties who wish to participate in the conference by telephone must file and serve requests two weeks before the hearing. Standing Order at 3:5-12. Accordingly, counsel is HEREBY ORDERED TO SHOW CAUSE why the Court should not issue an award of sanctions in the sum of $200 for failure to comply with the Court's Standing Order and the Civil Local Rules. Defense counsel may submit a statement with the Court by May 31, 2018.

**IT IS SO ORDERED**.

Dated: May 22, 2018

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge