UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER INCE,<br><br>    Plaintiff,<br><br>v.<br><br>GETAROUND, INC.,<br><br>    Defendant. | Case No. 18-cv-01066-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket Nos. 16, 22 |

The Court scheduled a case management conference for Monday, September 17, 2018. A case management statement was due by September 10, 2018. (Dkt. 16.) On August 21, 2018, mediator Eric Grover certified that the case settled. (Dkt. 22.) The parties have filed neither a statement of settlement nor a request for dismissal.

In light of the foregoing, the Court hereby issues this Order to Show Cause why the case should not be dismissed. The parties must respond at the case management conference scheduled for September 17, 2018 at 1:30 p.m. providing an update as to the status of the action. If a statement that the case has settled or a dismissal is filed by Friday, September 14, 2018, the Court will take the case management conference off calendar.

**IT IS SO ORDERED**.

Dated: September 12, 2018

_____
SALLIE KIM
United States Magistrate Judge