UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER INCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GETAROUND, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-01066-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 24 |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **thirty** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: September 13, 2018

_____
SALLIE KIM
United States Magistrate Judge